E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANDREA BANKS, CSBN 275286
Special Assistant United States Attorney
    Social Security Administration
    Office of Program Litigation, Office 7
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4803
    Email: andrea.banks@ssa.gov

Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LAROY ALEXANDER, JR., <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, <br><br> Commissioner of Social Security, <br><br> Defendant. | No. 2:23-CV-08168-RAO <br><br> [~~PROPOSED~~] <br> JUDGMENT OF REMAND |

1 | The Court having approved the parties' Stipulation to Remand for Further
2 | Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of
3 | Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with
4 | the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED,**
5 | **ADJUDGED AND DECREED** that the above-captioned action is remanded to the
6 | Commissioner of Social Security for further proceedings consistent with the
7 | Stipulation to Remand.

8 | DATED: 03/19/2024        *Rozella A. Oliver*
9 |                          HON. ROZELLA A. OLIVER
                             UNITED STATES MAGISTRATE JUDGE